**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-1266**

DEAN STEPPELLO,

Plaintiff - Appellant,

v.

JOHN DOE CAPTAIN, FCI Butner 2; JOHN DOE WARDEN, FCI BUTNER,
Complex Warden; HEALTH ADMINISTRATOR; LT. SHAW, FCI 1; SAI
MOORE; MS. DANIELS, Health Administrator's Assistant; JOHN DOE, White
Male; JOHN DOE, Warden FCI 2; JOHN DOE, Warden FCI 1; JOHN DOE, Captain
FCI 1,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at
Raleigh. Louise W. Flanagan, District Judge. (5:20-ct-03238-FL)

Submitted: August 19, 2021                    Decided: August 23, 2021

Before GREGORY, Chief Judge, FLOYD, and RUSHING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Dean Steppello, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dean Steppello seeks to appeal the district court's order noting deficiencies in his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), and the Federal Tort Claims Act, 28 U.S.C §§ 1346(b)(1), 2671-2680, and directing him to file an amended complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Steppello seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction and deny Steppello's requests for the appointment of counsel and to transfer his case. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*